M. W. MASK v. STATE.

No. A-209. Opinion Filed March 7, 1911.

Appeal from Kiowa County Court; J. W. Mansell, Judge.

M. W. Mask was convicted of having possession of intoxicating liquors for the purpose of selling the same, and appeals. Reversed and remanded.

Ernest M. Bradley, for appellant.

PER CURIAM. A careful examination of the record in this case shows that the defendant was not tried before a fair and impartial jury. For the reasons given in the case of Mask v. State, No. A-208 (ante), decided at this term and under authorities there cited, this case is reversed and a new trial awarded.

---

W. S. TANNER v. STATE.

Nos. A-713, A-827. Opinion Filed March 21, 1911.

Appeal from Coal County Court; R. H. Wells, Judge.

Chas. West, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. W. S. Tanner, plaintiff in error, was convicted in the county court of Coal county for a violation of the prohibition law in two cases. Appeal was taken to this court in each case. The Attorney General has filed motions to dismiss said appeals, for the reasons as in the case of W. S. Tanner v. State (ante). The motions present the same questions. For the reasons given in the opinion in that case, the motions to dismiss the appeals are granted and the causes are hereby remanded to the county court of Coal county, with direction to enforce the judgment and sentence in each case.